UNITED STATES DISTRICT COURT
FOR THE NEW YORK-NORTHERN

UNITED STATES OF AMERICA,

        Plaintiff,                            Case No.: 5:12-cv-1198-FJS/DEP

        v.

PATRICK GLEASON
        Defendant

## DEFAULT JUDGMENT IN A CIVIL CASE

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and complaint on August 29, 2012, and an affidavit on behalf of the plaintiff having been filed, it is this 6th day of November, 2012, declared that:

Defendant herein is in default.

NOW, on Motion of Gary J. Valerino, United States Attorney, the Plaintiff's attorney, it is hereby adjudged that the United States of America, the Plaintiff, whose address is c/o United States Attorney, P.O. Box 7198, 900 Federal Building, Syracuse, New York 13261-7198, recover Patrick Gleason, defendant, who resides at; 203 East Patricia Lane, North Syracuse, New York 13212, damages in the amount of $6,056.95 and have execution therefor.

*Laurence K. Baerman*
Clerk of Court

By: Joanne Bleskoski
Deputy Clerk
11/8/2012